UNITED STATES BANKRUPTCY COURT

| | |
|---|---|
| DISTRICT OF MASSACHUSETTS | CHAPTER 11<br>CASE NO. 07-15509 |
| HCAA Care PC | Motion to Extend Filing of Corporate Vote |
| Debtor | |

I request the honorable court to extend filing of Corporate Vote that is due on September 11, 2007. My husband Rahul Chaturvedi, who is the officer of the company, is out of the country. Therefore I am unable to obtain his original signature for this filing. He is returning on September 12, 2007 on which date he will submit this document to he court.

Respectfully submitted,

*Neena Chaturvedi*
Neena Chaturvedi
September 11, 2007
Pro Se